# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ARISTA RECORDS LLC, et al.,** )<br>)<br>Plaintiffs, )<br>) | **8:08CV3060** |
| vs. )<br>) | |
| **DOES 1-6,** )<br>) | **ORDER** |
| Defendants. ) | |

This matter is before the court on plaintiffs' renewed MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY FROM THE UNIVERSITY OF NEBRASKA - LINCOLN [6]. This motion was filed in response to the court's order of March 28, 2008, directing the plaintiffs to shall fully comply with NECivR 7.1. Although some defects were corrected, the plaintiffs have not complied with the local rule, which governs the filing of motions, briefs, and evidentiary materials in this district. Accordingly, the motion will once again be denied without prejudice to refiling in full compliance with NECivR 7.1, a copy of which is attached to this Order for counsel's review.

Again, the local rules of practice are available for review on the court's website: www.ned.uscourts.gov.

**IT IS SO ORDERED**.

**DATED April 28, 2008.**

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**