IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; LAVA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS INC., a Delaware corporation; VIRGIN RECORDS AMERICA INC., a California Corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DOES 1-6,<br><br>　　　　　　Defendants. | 4:08CV3060<br><br>ORDER TO<br>SHOW CAUSE |

　　　Plaintiffs were previously granted leave to conduct immediate discovery, and were ordered to effect service of summons and the complaint on each and every defendant no later than September 30, 2008. There has been no activity in this case since July 29, 2008.

　　　**IT IS ORDERED** that the plaintiffs shall, no later than **December 11, 2008**, show cause why this case should not be immediately dismissed without prejudice for failure to prosecute.

　　　**DATED December 4, 2008.**

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　United States Magistrate Judge