# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ARISTA RECORDS, LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; LAVA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING, LLC., a Delaware limited liability company,** | **CASE NO. 4:08CV3060**<br><br>**ORDER** |
| **Plaintiffs,** | |
| v. | |
| **DOES 1-6,** | |
| **Defendants.** | |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge F.A. Gossett that this case be dismissed, without prejudice, for failure to prosecute (Filing No. 24), and on the Plaintiffs' Notice of Dismissal Without Prejudice (Filing No. 26). On December 12, 2008, Judge Gossett recommended that this case be dismissed without prejudice for failure to prosecute the matter with reasonable diligence, noting the Plaintiffs' disregard for the Court's scheduling orders. On December 29, 2008, the Plaintiffs

filed a Notice of Dismissal without Prejudice and Response to Report and Recommendation (Fling No. 26).  Plaintiffs stated that they have no objection to the Report and Recommendation and requested that the case be dismissed without prejudice.  The Court finds that the action should be dismissed.  Accordingly,

IT IS ORDERED:

1. The Report and Recommendation (Filing No. 24) is adopted;

2. The Notice of Dismissal (Filing No. 26) is approved;

3. The Complaint (Filing No. 1) is hereby dismissed without prejudice; and

4. The parties shall pay their own costs and attorney's fees.

DATED this 30th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge